UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>I. MEDINA, et al.,<br><br>    Defendants. | No. 1:19-cv-00794-DAD-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE<br><br>(Doc. No. 17) |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 27, 2020, the assigned magistrate judge screened plaintiff's complaint and found that plaintiff had failed to state a claim on which relief can be granted. (Doc. No. 12.) Plaintiff was given leave to file an amended complaint (*id.* at 9), which she did on February 21, 2020 (Doc. No. 14).[1]  On March 18, 2020, the magistrate judge issued a second screening order, finding that plaintiff's amended complaint is replete with hypotheticals, opinions, and outbursts,

---

[1] Plaintiff states that she suffers from gender dysphoria, identifies as female, and refers to herself with female pronouns. (*See* Doc. No. 1 at 14.) Therefore, the court uses female pronouns when referring to plaintiff.

1

and it does not name a defendant or allege sufficient facts to state a cognizable claim for relief. (Doc. No. 15.) Plaintiff was given further leave to amend her complaint. (*Id.* at 2.) Instead of filing a second amended complaint, plaintiff filed a response to the second screening order, in which plaintiff states, "I repeat: I will not seek help from courts again. Any further correspondence from you will be refused." (Doc. No. 16.)

      Accordingly, on April 21, 2020, the magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute this action. (Doc. No. 17.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

      Accordingly,

1. The findings and recommendations issued on April 21, 2020 (Doc No. 17) are adopted in full;
2. This action is dismissed due to plaintiff's failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 3, 2020**  
                                                          UNITED STATES DISTRICT JUDGE